## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:23–cr–00276–BSM**

**Alexis Simone Garner**                                                                     **Defendant**

_____

## NOTICE OF HEARING

     PLEASE take notice that a Sentencing has been set in this case for April 16, 2025, at 11:00 AM before Judge Brian S. Miller in Little Rock Courtroom 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 3, 2025                                   AT THE DIRECTION OF THE COURT
                                                                                 TAMMY H. DOWNS, CLERK

                                                                                  **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas